IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

KENNETH MARTIN, Register No. 187664, )
                                      Plaintiff, )
                                          v. ) No. 07-4002-CV-C-SOW
LARRY CRAWFORD, et al., )
                                      Defendants. )

## ORDER

On November 1, 2007, United States Magistrate Judge William A. Knox recommended that defendants' motion for judgment on the pleadings be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of November 1, 2007, is adopted. [32] It is further

ORDERED that defendants' motion for judgment on the pleadings is denied. [24]

                                                        /s/Scott O. Wright
                                                        SCOTT O. WRIGHT
                                                        Senior United States District Judge

Dated: December 3, 2007