IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
CENTRAL DIVISION

| | |
|---|---|
| KENNETH MARTIN, Register No. 187664, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 07-4002-CV-C-SOW |
| ) | |
| LARRY CRAWFORD, et al., ) | |
| ) | |
| Defendants. ) | |

### ORDER

On June 17, 2008, United States Magistrate Judge William A. Knox recommended that the parties' motions for summary judgment be denied. The parties were advised they could file written exceptions to the recommendation, pursuant to 28 U.S.C. § 636(b)(1)(C). No exceptions have been filed.

A review of the record convinces the court that the recommendation of the Magistrate Judge is correct and should be adopted.

IT IS, THEREFORE, ORDERED that the Report and Recommendation of June 17, 2008, is adopted. [49] It is further

ORDERED that the parties' motions for summary judgment are denied, without prejudice. [30, 33]

/s/

SCOTT O. WRIGHT
Senior United States District Judge

Dated: August 5, 2008
Kansas City, Missouri